**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **GLEN HENDREN DRIVE HEALTHCARE LLC d/b/a LIBERTY HEALTH AND WELLNESS** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 4:25-cv-00162-BP** |
| **ROBERT F. KENNEDY, JR., SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.** | ) |
| **Defendants.** | ) |

**PLAINTIFF'S FIFTH UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Glen Hendren Drive Healthcare LLC d/b/a Liberty Health and Wellness ("Plaintiff") respectfully requests that the Court grant Plaintiff a fifth unopposed extension to file its Suggestions in Opposition ("Opposition") to Defendant Missouri Department of Health and Senior Services' ("MDHSS") Motion to Dismiss and Suggestions in Support ("Motion"). In support hereof, Plaintiff states:

1. MDHSS filed its Motion on March 27, 2025. Doc. 27.

2. When MDHSS filed its Motion, the Court ordered that Plaintiff's Opposition was due on April 10, 2025.

3. Plaintiff requested an initial 14-day extension of that deadline because Plaintiff was discussing a potential resolution of the underlying dispute with Centers for Medicare & Medicaid Services ("CMS"). The Court granted Plaintiff's request, extending the deadline to April 24, 2025.

4. Plaintiff requested a second 14-day extension of the deadline because its negotiations with CMS were ongoing, and Plaintiff was hopeful that, given another short

extension, it and CMS could resolve the underlying dispute. The Court granted Plaintiff's request, extending the deadline to May 8, 2025.

5. Plaintiff requested a third 14-day extension of the deadline because it had reached an agreement in principle with CMS. It was hopeful that another short extension would allow the parties to reach a final resolution and potentially obviate the need to respond to the Motion. The Court granted Plaintiff's request, extending the deadline to May 22, 2025.

6. Plaintiff requested a fourth extension (this time of thirty days) because it and CMS were in the process of exchanging draft agreements and had been actively working towards a final resolution. The Court granted this request, extending the deadline up to and including June 23, 2025.

7. Since then, Plaintiff has executed a final agreement.

8. Plaintiff anticipates receiving a countersigned version of the final agreement from CMS on Wednesday.

9. Thus, Plaintiff respectfully requests a fifth extension—this time of just seven days—to file its Opposition so it can focus its efforts on concluding this dispute and preparing and filing appropriate follow-on pleadings (and thus potentially conserve judicial and party resources).

10. This seven-day extension would extend Plaintiff's deadline to file its Opposition up to and including June 30, 2025.

11. This extension is sought in good faith and will not prejudice any party.

12. Counsel for Plaintiff consulted with counsel for MDHSS regarding the requested extension, and MDHSS does not oppose a seven-day extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to file its Opposition to the Motion by seven days, up to and including June 30, 2025.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ *Emily M. Solum*
EMILY M. SOLUM MO Bar #65089
M. ELIZABETH LAFOE MO Bar #68191
630 Bolivar Street, Suite 300
Jefferson City, MO 65101
Telephone: 573-635-9118
Facsimile: 573-634-7854
Email: Emily.Solum@huschblackwell.com
Liz.LaFoe@huschblackwell.com

and

SCOTT MARTIN MO Bar #42370
JACOB N. REINIG MO Bar #72247
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone: 816-983-8000
Fax: 816-983-8080
Email: Scott.Martin@huschblackwell.com
Jake.Reinig@huschblackwell.com

**ATTORNEYS FOR PLAINTIFF GLEN HENDREN DRIVE HEALTHCARE LLC d/b/a LIBERTY HEALTH AND WELLNESS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June 2025, the above and foregoing document was filed electronically using CM/ECF, which sent notification to counsel of record for all parties.

*/s/ Emily M. Solum*
Attorney for Plaintiff