**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **GLEN HENDREN DRIVE HEALTHCARE LLC d/b/a LIBERTY HEALTH AND WELLNESS** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No. 4:25-cv-00162-BP** |
| **ROBERT F. KENNEDY, JR., SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.** | ) |
| **Defendants.** | ) |

**<u>PLAINTIFF'S NOTICE OF DISMISSAL</u>**

Plaintiff Glen Hendren Drive Healthcare LLC d/b/a Liberty Health and Wellness ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby dismisses its claims against all defendants without prejudice. To date, no defendant has filed an answer to Plaintiff's Complaint [Doc. 1] or moved for summary judgment.[1] Thus, Plaintiff dismisses its claim through this notice.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ *Emily M. Solum*

EMILY M. SOLUM MO Bar #65089
M. ELIZABETH LAFOE MO Bar #68191
630 Bolivar Street, Suite 300
Jefferson City, MO 65101
Telephone: 573-635-9118
Facsimile: 573-634-7854

[1] The docket describes Docket Entry No. 23, in part, as an "ANSWER to Complaint[.]" But Docket Entry No. 23 is not an Answer to Plaintiff's Complaint. Rather, it is suggestions in opposition to Plaintiff's application for a temporary restraining order. *See* Doc. 23 (titled "Suggestions of Federal Defendants in Opposition to Plaintiff's Application for Temporary Restraining Order and to Extension of the Outstanding Temporary Restraining Order").

Email: Emily.Solum@huschblackwell.com
Liz.LaFoe@huschblackwell.com

and

SCOTT MARTIN MO Bar #42370
JACOB N. REINIG MO Bar #72247
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone: 816-983-8000
Fax: 816-983-8080
Email: Scott.Martin@huschblackwell.com
Jake.Reinig@huschblackwell.com

**ATTORNEYS FOR PLAINTIFF GLEN HENDREN DRIVE HEALTHCARE LLC d/b/a LIBERTY HEALTH AND WELLNESS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2025, the above and foregoing document was filed electronically using CM/ECF, which sent notification to counsel of record for all parties.

*/s/ Emily M. Solum*
Attorney for Plaintiff